

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2015

No. 04-15-00474-CV

**IN RE STATE FARM LLOYDS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

On July 28, 2015, relator State Farm Lloyds filed a petition for writ of mandamus and motion for temporary relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 3, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2014-CVF-001162-D1, styled *Raul Rodriguez and Noemi Rodriguez v. State Farm Lloyds and Felipe Farias*, and 2014-CVF-001048-D1, styled *Alma Pena v. State Farm Lloyds and Becky Lanier*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.